UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN RHODES,<br><br>                         Plaintiff,<br><br>                 -v.-<br><br>NEW YORK PRESBYTERIAN HOSPITAL et al.,<br><br>                       Defendants. | 23 Civ. 6449 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On June 26, 2024, Plaintiff moved by order to show cause for a temporary restraining order and preliminary injunction. *See* ECF No. 42. It is hereby ORDERED that counsel for all parties shall appear for a conference on **July 1, 2024** at **3:15 p.m.**

The conference will be held by telephone. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 722 229 157#. Members of the public may call the same number but will not be permitted to speak during the conference.

      SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge