UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN RHODES,<br><br>        Plaintiff,<br><br>     -v.-<br><br>NEW YORK PRESBYTERIAN HOSPITAL et al.,<br><br>        Defendants. | 23 Cv. 06449 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record at the September 26, 2025 conference, Governor Kathleen Hochul and Commissioner James V. McDonald's Motion to Dismiss the Amended Complaint, ECF No. 26, is granted; Defendants New York Presbyterian Hospital, Royal Charter Properties, Inc., Dr. Steven J. Corwin, and Jean Amie's Motion to Dismiss the Amended Complaint, ECF No. 27, is granted; and Plaintiff's Motion for Leave to File a Second Amended Complaint, ECF No. 60, is denied.

  Counts One, Two, Three, Seven, Eight, Ten, and Eleven of the Amended Complaint, ECF No. 12, are dismissed with prejudice. Counts Four, Five, Six, and Nine of the Amended Complaint are dismissed without prejudice to refiling in state court.

  The Clerk of Court is directed to terminate any pending motions, cancel any remaining deadlines, and close this case.

  SO ORDERED.

Dated: September 26, 2025
    New York, New York

                            _____
                             JENNIFER H. REARDEN
                             United States District Judge